MARSHALL, Respondent, **v.** MARSHALL, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1912.) Action by John F. Marshall against Marion E. Marshall. G. A. Hopkins, for appellant. F. Lockwood, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re MARTIN. (Supreme Court, Appellate Division, Second Department. March 29, 1912.) In the matter of Joseph Martin, an attorney. No opinion. Motion granted. See, also, 145 App. Div. 934, 129 N. Y. Supp. 1135.

In re MARX. (Supreme Court, Appellate Division, First Department. April 12, 1912.) In the matter of Samuel Marx. No opinion. Order affirmed. Order filed.

MATTESON, Appellant, **v.** JENNINGS BRAGDON CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) Action by James L. Matteson against the Jennings Bragdon Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 132 N. Y. Supp. 1138.

MATTSON, Respondent, v. PHENIX CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Selma Mattson against the Phenix Construction Company. L. Cohn, for appellant. R. Gillet, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 App. Div. 234, 120 N. Y. Supp. 566.

MAVERICK–CLARKE LITHO CO., Appellant, v. HAYES LITHOGRAPHING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by the Maverick-Clarke Litho Company against the Hayes Lithographing Company. No opinion. Motion for leave to appeal to Court of Appeals (from 132 N. Y. Supp. 1138) denied, with $10 costs.

MENSING, Appellant, **v.** COOK IRON STORE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by Anna M. Mensing, as administratrix, etc., against the Cook Iron Store Company.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE, J., dissents, upon the ground that the court erred in charging in effect that the servant assumed the risk of obvious defects.

MEYERS, Appellant, **v.** EVANS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 27, 1912.) Action by Arthur W. Meyers against Burdette J. Evans.

No opinion. Motion for leave to appeal to Court of Appeals (from 133 N. Y. Supp. 1133) denied, with $10 costs.

In re MILLER. (Supreme Court, Appellate Division, First Department. March 15, 1912.) In the matter of Alexander Miller, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MITZKY, Appellant, v. DUFFY–McINNERNEY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Elmer L. Mitzky, an infant, etc., against the Duffy-McInnerney Company. No opinion. Motion granted, and appeal dismissed, with costs.

MONTAGUE v. HOTEL GOTHAN CO. et al. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Gilbert H. Montague, as receiver, etc., against the Hotel Gothan Company and others. Henry L. Goodwin, appellant. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 954.

MORNINGSTAR, Appellant, **v.** LAFAYETTE HOTEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by William Morningstar against the Lafayette Hotel Company.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

MUNGER, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Edgar T. Munger against Lyndon D. Wood. No opinion. Appeal dismissed, without costs, on stipulation filed.

MUTUAL COAL CO., Respondent, **v.** H. G. REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by the Mutual Coal Company against the H. G. Realty Company. T. C. McDonald, for appellant. H. Cohen, for respondent. No opinion. Determination (130 N. Y. Supp. 169) affirmed, with costs, and judgment absolute ordered on stipulation, with costs. Order filed. See, also, 146 App. Div. 955, 131 N. Y. Supp. 1130.

MYLES, Respondent, v. AMERICAN LUXFER PRISM CO., Appellant. (Supreme Court, Appellate Division, First Department. April 12, 1912.) Action by Martin Myles, an infant, etc., against the American Luxfer Prism Company. J. L. Hayner, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.